**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DEPPER, an individual, <br> STUART DEPPER, an individual <br><br> Plaintiffs, <br><br> vs. <br><br> GRACE JOHNSON, an individual <br> EARL THOMPSON, an individual <br><br> Defendants. <br> _____ / | No. C-99-03599 MEJ <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO NOVEMBER 15, 2007** |

The Court is in receipt of the parties' Third Case Management Conference Statement dated January 12, 2007. Upon consideration of that document, the Court hereby continues the Case Management Conference originally set for February 23, to November 15, 2007 at 10:00 A.M., in Courtroom B., 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: February 22, 2007

MARIA-ELENA JAMES
United States Magistrate Judge