IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DEPPER, an individual,<br>STUART DEPPER, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>GRACE JOHNSON, an individual,<br>EARL THOMPSON, an individual,<br><br>    Defendants.<br>_____/<br>AND RELATED COUNTER ACTION<br>_____/ | No. C-99-3599 MEJ<br><br>**ORDER VACATING NOVEMBER 15, 2007 CASE MANAGEMENT CONFERENCE** |

    On November 12, 2007 the parties filed their joint case management statement. In this statement the parties indicated that mediation is ongoing in this case and progress is being made. They therefore requested that the November 15, 2007 case management conference be continued to June 2008.

    Therefore, good cause showing, the Court hereby vacates the November 15, 2007 case management conference and ORDERS the parties to appear for a status conference on June 19, 2008, at 10:00 a.m., in Courtroom B., 450 Golden Gate Avenue, San Francisco, California. By June 12, 2008, the parties shall file a joint statement of the status of the case.

    **IT IS SO ORDERED.**

Dated: October 30, 2007

_____
MARIA-ELENA JAMES
United States Magistrate Judge

2