IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DEPPER, et al. | Case No. C-99-3599 MEJ |
| Plaintiffs, | ORDER VACATING JUNE 19, 2008 CASE MANAGEMENT CONFERENCE |
| vs. | |
| GRACE JOHNSON, et al. | |
| Defendants. | |

The hereby vacates the Case Management Conference originally set for June 19, 2008. The parties are to file a Joint Status Report by June 26, 2008

**IT IS SO ORDERED.**

Dated: June 18, 2008

MARIA-ELENA JAMES
United States Magistrate Judge