IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DEPPER, et al. | No. C-99-3599 MEJ |
| Plaintiffs, | **ORDER SCHEDULING STATUS CONFERENCE** |
| vs. | |
| GRACE JOHNSON, et al., | |
| Defendants. | |

The Court hereby schedules a status conference in this matter on December 11, 2008 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  The parties shall file a joint status statement by December 4, 2008.

**IT IS SO ORDERED.**

Dated: October 31, 2008

MARIA-ELENA JAMES
United States Magistrate Judge