UNITED STATES DISTRICT COURT

Northern District of California

DEPPER, ET AL

            Plaintiff(s),            No. C 99-03599 MEJ

  v.

JOHNSON, ET AL                      **ADMINISTRATIVE CLOSURE**

            Defendant(s).

_____/

On December 4, 2008, the parties filed a Joint Case Management Conference Statement. (Dkt. #125.) In response to the statement, in which the parties state that they are making substantial progress towards resolution of this matter, the Court scheduled a further status conference in December 2009. However, this case has been pending for ten years and regularly appears on the undersigned's Civil Justice Reform Act pending case list. Accordingly, as there appears to be no reason at this time to maintain the file as active, the Court finds an administrative closure appropriate and instructs the Clerk of Court to close this case for statistical purposes. Nothing contained in this Order shall be considered a dismissal or disposition of this action and, when and if further proceedings in this litigation become necessary (either for a stipulated dismissal or to place the matter back on calendar), any party may initiate it in the same manner as if this Order had not been entered. The December 10, 2009 status conference is VACATED.

**IT IS SO ORDERED.**

Dated: July 7, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge