UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| ROBERT DEPPER, an individual, and STUART DEPPER, an individual,<br><br>Plaintiffs,<br>v.<br><br>GRACE JOHNSON, an individual, and EARL THOMPSON, al individual,<br><br>Defendants._____/ | No. C 99-3599 MEJ<br><br>**ORDER GRANTING MOTION OF LOEB & LOEB LLP TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFFS ROBERT DEPPER AND STUART DEPPER** |

Pending before the Court is the motion of Loeb & Loeb LLP ("Loeb") for an order granting Loeb leave to withdraw as counsel for Plaintiffs Robert Depper and Stuart Depper (the "Deppers"), filed on April 18, 2012. Dkt. No. 128. No opposition has been filed. Having reviewed the motion and supporting papers, the Court hereby GRANTS Loeb leave to withdraw as counsel for the Deppers in this action. Loeb shall serve this Order upon Plaintiffs.

**IT IS SO ORDERED.**

Dated: May 7, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge